No. 92–6099. SINDRAM *v.* LORENZO ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–6102. SMITH ET VIR *v.* ADOPTIVE PARENTS. Ct. App. La., 5th Cir. Certiorari denied.

No. 92–6107. WHITTED *v.* ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM. C. A. 9th Cir. Certiorari denied.

No. 92–6108. VILVERT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6109. GLASS *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 92–6118. WILSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6121. LEWIS *v.* RUSSE ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–6125. KENEALY *v.* FRUEHAUF CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–6126. HOWELL *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 92–6128. KUKES *v.* RAMSEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6129. HUFFSMITH *v.* MUSTO ET AL.; and HUFFSMITH *v.* PENNSYLVANIA PROBATION DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6133. SAWYERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6135. TANGWALL *v.* BOROCK. C. A. 6th Cir. Certiorari denied.

No. 92–6136. ROBINSON *v.* NEW JERSEY TURNPIKE AUTHORITY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 92–6140. PEREZ *v.* HUTCHERSON ET AL. C. A. 4th Cir. Certiorari denied.